# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERAD TAGLIABUE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>J.C. PENNEY CORPORATION, INC.,<br><br>　　　　　Defendant. | Case No. 1:15-cv-01443---SAB<br><br>ORDER VACATING DECEMBER 16, 2015 HEARING AND DIRECTING THE OFFICE OF THE CLERK TO TERMINATE MOTION TO COMPEL ARBITRATION<br><br>(ECF No. 4, 13) |

　　On September 29, 2015, Defendant filed a motion to compel arbitration in this action. (ECF No. 4.) On October 26, 2015, Defendant filed a notice that the motion to compel arbitration was being withdrawn due to Plaintiff filing a first amended complaint.

　　Accordingly, IT IS HEREBY ORDERED that the hearing set for December 16, 2015 is VACATED and the Office of the Clerk is DIRECTED to terminate the motion to compel arbitration filed September 29, 2015.

IT IS SO ORDERED.

Dated:  **October 27, 2015**

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1