# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERAD TAGLIABUE,<br><br>  Plaintiff,<br><br>  v.<br><br>J.C. PENNEY CORPORATION, INC.,<br><br>  Defendant. | Case No. 1:15-cv-01443-SAB<br><br>ORDER GRANTING JOINT STIPULATION RE: JURISDICTION OVER PAGA CLAIMS, VACATING FEBRUARY 17, 2016 HEARING, AND REQUIRING DEFENDANTS TO FILE ANSWER TO COMPLAINT<br><br>(ECF Nos. 25, 27)<br><br>DEADLINE: JANUARY 22, 2016 |

On December 15, 2015, the Court issued an order granting in part Defendant's motion to compel arbitration and requiring the parties to submit supplemental briefing on whether Plaintiff's Private Attorney General Act ("PAGA"), Cal. Lab. Code § 2698 et seq. claims must be submitted to arbitration. On January 6, 2016, the parties filed a stipulation that the parties have agreed to litigate the PAGA claims in federal court.

Based on the stipulation of the parties, IT IS HEREBY ORDERED that:

1. The briefing schedule set in the December 15, 2015 order is VACATED;
2. The hearing set for February 17, 2016 at 10:00 a.m. in Courtroom 9 is VACATED and the parties are not required to appear at that time;
3. Defendant's motion to compel arbitration filed October 30, 2015 is DENIED in respect to the PAGA claims; and

1

4. Defendant shall file an answer to the complaint on or before January 22, 2016.

IT IS SO ORDERED.

Dated: **January 7, 2016**

UNITED STATES MAGISTRATE JUDGE