# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARED TAGLIABUE,<br><br>    Plaintiff,<br><br>    v.<br><br>J.C. PENNEY CORPORATION, INC.,<br><br>    Defendant. | Case No. 1:15-cv-01443-SAB<br><br>ORDER RE STIPULATION TO DISMISS AND DIRECTING CLERK OF THE COURT TO CLOSE THIS ACTION<br><br>(ECF No. 30) |

On September 23, 2016, the parties filed a stipulation to dismiss with prejudice this action, with the exception of any class action claims or representative action claims which are dismissed without prejudice. Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a "plaintiff may dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared." "[A] dismissal under Rule 41(a)(1) is effective on filing, no court order is required, the parties are left as though no action had been brought, the defendant can't complain, and the district court lacks jurisdiction to do anything about it." Commercial Space Mgmt. Co., Inc. v. Boing Co., Inc., 193 F.3d 1074, 1078 (9th Cir. 1999).

/ / /

/ / /

/ / /

1  Accordingly, the Clerk of the Court is HEREBY ORDERED to CLOSE the file in this
2 case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated: __**September 26, 2016**__

UNITED STATES MAGISTRATE JUDGE